Mary C. Brandl, appellant, v. Village of Winnetka, appellee. Gen. No. 38,792.

Opinion filed November 10, 1936.

Royal J. Schmidt and William N. Brady, for appellant. Tolman, Chandler & Dickinson, for appellee; Frederick Dickinson and Alex Elson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Olga Shoukanoff, appellant, v. William C. Waldbauer et al., appellees. Gen. No. 38,861.

Opinion filed November 30, 1936.

James Percival Pio, for appellant. Pritzker & Pritzker, for appellees; Stanford Clinton, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Advance Heating Company, appellant, v. Catholic Bishop of Chicago, appellee. Gen. No. 38,986.

Opinion filed November 30, 1936.

Decker & Golden, for appellant. Charles J. Trainor, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.